### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>            )<br>      Plaintiff,   )<br>            )<br>      vs.       )<br>            )<br>**ADRIAN MURPHY,**        )<br>            )<br>      Defendant.   ) | **8:99CR137**<br><br>**ORDER** |

Defendant Adrian Murphy appeared before the court on Friday, April 17, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [77]. The defendant was represented by Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Maria R. Moran. The government originally requested detention. However, separate addition conditions of release were entered and the government agreed to release. Do to defendant's release, a preliminary examination was not necessary.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

   1.   A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 28, 2009 at 10:30 a.m.**  Defendant must be present in person.

   2.   The defendant is released on current conditions of supervision with additional separate conditions.

   DATED this 17th day of April, 2009.

                                        BY THE COURT:

                                        s/ F. A. Gossett
                                        United States Magistrate Judge